DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARMANDO CLAYTON CABRERA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3105

[December 20, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562020CF001055A.

Carey Haughwout, Public Defender, and Elijah Giuliano, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

MAY, J.

The defendant appeals an order revoking his community control and sentencing him to thirty months in prison, with credit for 215 days served. He argues the trial court erred in finding he violated certain conditions because those conditions were not orally pronounced, or he was not yet required to complete those conditions, among other reasons. We disagree and affirm the trial court's revocation of the defendant's community control.

The defendant also argues he is entitled to a reduction in prosecution costs. Here, the defendant argues the State failed to request more than the statutory $100 prosecution cost; the State admits it failed to request a greater sum. We agree and reverse.

Under section 938.27(8), Florida Statutes (2022), the cost of prosecution cannot be less than $100 if a felony offense is charged, "including a proceeding in which the underlying offense is a violation of probation or community control." "The [trial] court may set a higher amount upon a showing of sufficient proof of higher costs incurred." *Id.* But the State must request the cost of prosecution if it is higher than the statutory minimum. *See Bartolone v. State*, 327 So. 3d 331, 336 (Fla. 4th DCA 2021).

Here, the State neither requested nor submitted proof of prosecution costs exceeding $100. We therefore reverse and remand the case to the trial court with instructions to either reduce the prosecution cost to $100 or impose additional costs if the State makes the request and provides sufficient proof.

*Affirmed in part, reversed in part, and remanded with instructions.*

DAMOORGIAN and FORST, JJ., concur.

\*       \*       \*

**Not final until disposition of timely filed motion for rehearing.**